JOSH ELLIOTT, ROBERT D. ELLIOTT, AND LEONARD T. MASON, APPELLANTS, *v.* CHRYSLER MOTORS CORPORATION, WALTER EPPRECHT, INDIVIDUALLY AND AS PRESIDENT OF LAS VEGAS DODGE, INC., RESPONDENTS.

No. 7148

September 26, 1973                    514 P.2d 207

*Charles L. Kellar,* of Las Vegas, for Appellants.

*Lionel Sawyer Collins & Wartman,* and *Robert M. Buckalew,* of Las Vegas, for Respondent Chrysler Motors Corporation.

*Dickerson, Miles & Pico,* and *A. Loring Primeaux,* of Las Vegas, for Respondents Walter Epprecht and Las Vegas Dodge, Inc.

## OPINION

*Per Curiam:*

This is an appeal from a summary judgment for the defendants in a suit for injunctive relief and damages. The plaintiffs assert an oral agreement for an automobile franchise with Chrysler Motors Corporation which, according to the plaintiffs' understanding, was not to be performed within one year from

the making thereof. Assuming the existence of such an oral agreement, the failure to comply with the statute of frauds would void it as to the defendant Chrysler Motors Corporation. NRS 111.220(1); Stanley v. Levy & Zentner Co., 60 Nev. 432, 112 P.2d 1047 (1941); Nehls v. Stock Farming Co., 43 Nev. 253, 184 P. 212, 185 P. 563 (1919); cf. Harmon v. Tanner Motor Tours, 79 Nev. 4, 377 P.2d 622 (1963). Moreover, since the claims for relief asserted by the plaintiffs against the defendants Epprecht and Las Vegas Dodge, Inc., presuppose an enforceable agreement between the plaintiffs and Chrysler Motors Corporation, they must fail as well.

Affirmed.